# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In re: Facebook, Inc., IPO Sec       Docket No.: 14-1445

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Geoffrey M. Johnson

Firm: Scott+Scott, Attorneys at Law, LLP

Address: 12434 Cedar Road, Suite 12, Cleveland Heights, OH 44106

Telephone: 216-229-6088     Fax: 860-537-4432

E-mail: gjohnson@scott-scott.com

Appearance for: Plaintiff Lidia Levy
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Joseph P. Guglielmo/Scott+Scott, Attorneys at Law, LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Geoffrey M. Johnson

Type or Print Name: Geoffrey M. Johnson