# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
## CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)

1. SEE NOTICE ON REVERSE.   2. PLEASE TYPE OR PRINT.   3. STAPLE ALL ADDITIONAL PAGES

| Case Caption: | District Court or Agency: | Judge: |
|---|---|---|
| In re Facebook, Inc. IPO Securities & Derivative Litigation<br><br>Lidia Levy v. Mark Zuckerberg, et al. | U.S. District Court, S.D.N.Y. | Robert W. Sweet |
| | Date the Order or Judgment Appealed from was Entered on the Docket:<br>4/22/14 | District Court Docket No.:<br>1:12-md-02389-RWS<br>1:12-cv-7815-RWS |
| | Date the Notice of Appeal was Filed:<br>4/28/14 | Is this a Cross Appeal?<br>Yes   ✔ No |

| Attorney(s) for Appellant(s):<br>✔ Plaintiff<br>☐ Defendant | Counsel's Name:<br>Geoffrey M. Johnson<br>Scott+Scott, Attys at Law, LLP | Address:<br>12434 Cedar Rd., Ste. 12<br>Cleveland Heights, OH 44106 | Telephone No.:<br>(216) 229-6088 | Fax No.:<br>(860) 537-4432 | E-mail:<br>gjohnson@scott-scott.com |
|---|---|---|---|---|---|
| Attorney(s) for Appellee(s):<br>☐ Plaintiff<br>✔ Defendant | Counsel's Name:<br>Andrew B. Clubok<br>Kirkland & Ellis LLP | Address:<br>601 Lexington Ave.<br>New York, NY 10022 | Telephone No.:<br>(212) 446-4800 | Fax No.:<br>(212) 446-4900 | E-mail:<br>andrew.clubok@kirkland.com |

| Has Transcript Been Prepared?<br>n/a | Approx. Number of Transcript Pages:<br>n/a | Number of Exhibits Appended to Transcript:<br>n/a | Has this matter been before this Circuit previously?   Yes   ✔ No<br>If Yes, provide the following:<br>Case Name:<br>2d Cir. Docket No.:         Reporter Citation: (i.e., F.3d or Fed. App.) |
|---|---|---|---|

*ADDENDUM "A"*: COUNSEL MUST ATTACH TO THIS FORM: (1) A BRIEF, BUT NOT PERFUNCTORY, DESCRIPTION OF THE NATURE OF THE ACTION; (2) THE RESULT BELOW; (3) A COPY OF THE NOTICE OF APPEAL AND A CURRENT COPY OF THE LOWER COURT DOCKET SHEET; AND (4) A COPY OF ALL RELEVANT OPINIONS/ORDERS FORMING THE BASIS FOR THIS APPEAL, INCLUDING TRANSCRIPTS OF ORDERS ISSUED FROM THE BENCH OR IN CHAMBERS.

*ADDENDUM "B"*: COUNSEL MUST ATTACH TO THIS FORM A LIST OF THE ISSUES PROPOSED TO BE RAISED ON APPEAL, AS WELL AS THE APPLICABLE APPELLATE STANDARD OF REVIEW FOR EACH PROPOSED ISSUE.

## PART A: JURISDICTION

| 1. Federal Jurisdiction | | 2. Appellate Jurisdiction | |
|---|---|---|---|
| ☐ U.S. a party | ☐ Diversity | ✔ Final Decision | ☐ Order Certified by District Judge (i.e., Fed. R. Civ. P. 54(b)) |
| ☐ Federal question (U.S. not a party) | ✔ Other (specify): basis for jurisdiction not ruled on | ☐ Interlocutory Decision Appealable As of Right | ☐ Other (specify): _____ |

**IMPORTANT. COMPLETE AND SIGN REVERSE SIDE OF THIS FORM.**

## PART B: DISTRICT COURT DISPOSITION (Check as many as apply)

**1. Stage of Proceedings**
- ✔ Pre-trial
- During trial
- After trial

**2. Type of Judgment/Order Appealed**
- Default judgment
- Dismissal/FRCP 12(b)(1) lack of subj. matter juris.
- ✔ Dismissal/FRCP 12(b)(6) failure to state a claim
- Dismissal/28 U.S.C. § 1915(e)(2) frivolous complaint
- Dismissal/28 U.S.C. § 1915(e)(2) other dismissal
- Dismissal/other jurisdiction
- Dismissal/merit
- Judgment / Decision of the Court
- Summary judgment
- Declaratory judgment
- Jury verdict
- Judgment NOV
- Directed verdict
- Other (specify):

**3. Relief**
- ✔ Damages:
  - Sought: $
  - Granted: $
  - Denied: $
- Injunctions:
  - Preliminary
  - Permanent
  - Denied

## PART C: NATURE OF SUIT (Check as many as apply)

**1. Federal Statutes**
- Antitrust
- Bankruptcy
- Banks/Banking
- Civil Rights
- Commerce, Energy
- Commodities
- Communications
- Consumer Protection
- Copyright ☐ Patent
- Trademark
- Election
- Soc. Security
- Environmental
- Freedom of Information Act
- Immigration
- Labor
- OSHA
- Securities
- Tax
- Other (specify): _____

**2. Torts**
- Admiralty/Maritime
- Assault / Defamation
- FELA
- Products Liability
- Other (Specify):

**3. Contracts**
- Admiralty/Maritime
- Arbitration
- Commercial
- Employment
- Insurance
- Negotiable Instruments
- Other Specify

**4. Prisoner Petitions**
- Civil Rights
- Habeas Corpus
- Mandamus
- Parole
- Vacate Sentence
- Other

**5. Other**
- Forfeiture/Penalty
- Real Property
- Treaty (specify): _____
- Other (specify): _____

**6. General**
- Arbitration
- Attorney Disqualification
- Class Action
- Counsel Fees
- ✔ Shareholder Derivative
- Transfer

**7. Will appeal raise constitutional issue(s)?** Yes  ✔ No

**Will appeal raise a matter of first impression?** Yes  ✔ No

---

1. Is any matter relative to this appeal still pending below?  ✔ Yes, specify: **see Addendum C**   No

2. To your knowledge, is there any case presently pending or about to be brought before this Court or another court or administrative agency which:
   - (A) Arises from substantially the same case or controversy as this appeal?  ✔ Yes   No
   - (B) Involves an issue that is substantially similar or related to an issue in this appeal?  ✔ Yes   No

If yes, state whether "A," or "B," or ✔ both are applicable, and provide in the spaces below the following information on the *other* action(s):

| Case Name: | Docket No. | Citation: | Court or Agency: |
|---|---|---|---|
| In re Facebook, Inc. IPO Securities & Derivative Litigation | 14-cv-457; 13-cv-2639; 13-cv-786 | | Second Circuit Court of Appeals |

Name of Appellant: **see Addendum C**

| Date: 5/12/14 | Signature of Counsel of Record: /s/ Joseph P. Guglielmo |
|---|---|

## NOTICE TO COUNSEL

Once you have filed your Notice of Appeal with the District Court or the Tax Court, you have only 14 days in which to complete the following important steps:

1. Complete this Civil Appeal Pre-Argument Statement (Form C); serve it upon all parties, and file it with the Clerk of the Second Circuit in accordance with LR 25.1.
2. File the Court of Appeals Transcript Information/Civil Appeal Form (Form D) with the Clerk of the Second Circuit in accordance with LR 25.1.
3. Pay the $505 docketing fee to the United States District Court or the $500 docketing fee to the United States Tax Court unless you are authorized to prosecute the appeal without payment.

**PLEASE NOTE:** IF YOU DO NOT COMPLY WITH THESE REQUIREMENTS WITHIN 14 DAYS, YOUR APPEAL WILL BE DISMISSED. *SEE* LOCAL RULE 12.1.