United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**  
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**  
CLERK OF COURT

Date: May 30, 2014  
Docket #: 14-1515cv  
Short Title: In re: Facebook, Inc., IPO Sec

DC Docket #: 12-md-2389  
DC Court: SDNY (NEW YORK CITY)  
DC Judge: Sweet

### NOTICE OF DEFECTIVE FILING

On May 29, 2014 the Notice of Appearance as Additional Counsel and the Acknowledgment and Notice of Appearance for Appellant-Cross-Appellee William Cole, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*  
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*  
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*  
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*  
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*  
_____ Improper proof of service *(FRAP 25)*  
 _____ Missing proof of service  
 _____ Served to an incorrect address  
 _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*  
_____ Failure to submit document in digital format *(Local Rule 25.1)*  
_____ Not Text-Searchable *(Local Rule 25.1, Interim Local Rules 25.2),* click here  
for instructions on how to make PDFs text searchable  
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Interim Local Rules 25.2)*  
_____ Failure to file special appendix *(Local Rule 32.1)*  
_____ Defective cover *(FRAP 32)*  
 _____ Incorrect caption *(FRAP 32)*  
 _____ Wrong color cover *(FRAP 32)*  
 _____ Docket number font too small *(Local Rule 32.1)*  
_____ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*  
_____ Incorrect font *(FRAP 32)*  
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*  
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*  
_____ Untimely filing  
\_XXX\_ Incorrect Filing Event **Note: Please be aware that Appearances must be entered**

**individually into each appeal that Counsel's party is an active member. This is to mean that each appeal must be accessed individually and when making the entry counsel should uncheck any other appeal(s). (Checking the other appeals will make the document visible in the other dockets, however it does not satisfy filing requirements. All entries will be visible in the lead as it is the controlling docket.) Correlatively, the documents relevant to each appeal may not be uploaded to any one entry, they must be uploaded individually into each appeal. This is to ensure that counsel has taken the opportunity to ensure the information in each appeal is accurate and consistent.**
_____     Other: _____


Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than **June 2, 2014**. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8561.