# UNITED STATES COURT OF APPEALS
# for the
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of May, two thousand and fourteen,

Lidia Levy, on behalf of herself and all others similarly situated, William Cole, Derivatively on Behalf of Facebook, Inc.,

    Plaintiffs - Appellants - Cross - Appellees,

Thomas E. Nelson, individually and behalf of all others similarly situated, Rock Southward, Derivatively on Behalf of Himself &All Others Similarly Situated, Avatar Securities, LLC, Meredith Bailey, on behalf of themselves and all others similarly situated, Dmitri Bougakov, on behalf of themselves and all others similarly situated, Ryan Cefalu, on behalf of themselves and all others similarly situated, Lorrain Chin, First New York Securities L.L.C., Atish Gandhi, on behalf of themselves and all others similarly situated, Phillip Goldberg, on behalf of themselves and all others similarly situated, Eric Hamrick, on behalf of themselves and all others similarly situated, Steve Jarvis, Joe Johnson, on behalf of themselves and all others similarly situated, Nuhket Kayahan, on behalf of themselves and all others similarly situated, David Kenton, on behalf of themselves and all others similarly situated, Dennis Kuhn, on behalf of themselves and all others similarly situated, Benjamin Levine, on behalf of themselves and all others similarly situated, Katerhine Loiacono, on behalf of themselves and all others similarly situated, Crystal McMahon, on behalf of themselves and all others similarly situated, George Michalitsianos, on behalf of themselves and all others similarly situated, Randy Teresa Mielke, on behalf of themselves and all others similarly situated, Jacinto Rivera, on behalf of themselves and all others similarly situated, Faisal Sami, on behalf of themselves and all others similarly situated, Sanjeev Sharma, on behalf of themselves and all others similarly situated, Colin Suzman, on behalf of

ORDER
Docket No: 14-1445

themselves and all others similarly situated, T3 Trading Group, LLC, Vijay Akkaraju, Alexis Alexander, as custodian for Chloe Sophie Alexander, Brian Roffe Profit Sharing Plan, Individually and on behalf of all others similarly situated, Jose Galvan, Mary Galvan, Robert Herpst, Individually, on behalf of all others similarly situated, Sanjay Israni, on behalf of themselves and all others similarly situated, KBC Asset Management NV, and the Employees' Retirement System of the Government of the Virgin Islands (Collectively, the Institutional Investors), Douglas M. Lightman, Individually and on behalf of all others similarly situated, Dennis Palkon, Individually and on behalf of all others similarly situated, Rick Pond, Jacob Salzmann, Individually and on behalf of all others similarly situated, Michael Spatz, Maren Twining, Individually and on behalf of all others similarly situated, Goldrich Cousins P.C. 401(k) Profit Sharing Plan &Trust, Irving S. Braun, Individually, Edward Childs, Derivately on Behalf of Himself and All Others Similarly Situated, Kathy Reichenbaum, Individually and on behalf of all others similarly situated, Jun Yan, on behalf of herself and all others similarly situated, Elbita Alfonso, Vicky Jones, Phyllis Peterson, Jerry Rayborn, on behalf of themselves and all others similarly situated, Edward Vernoff, Justin F. Lazard, on behalf of himself and all others similarly situated, Sylvia Gregorcyzk, on behalf of herself and all others similarly situated, Peter Brinckerhoff, Garrett Garrison, David Goldber, individually and on behalf of all others similarly situated, Kevin Hyms, individually and on behalf of all others similarly situated, Richard P. Eannarino, Individually and on behalf of all others similarly situated, Peter Mamula, Individually and on behalf of all others similarly situated, Khodayar Amin, on behalf of himself and all others similarly situated, Elliot Leitner, individually and on behalf of all others similarly situated, Barbara Steinman, on behalf of herself and all others similarly situated, Howard Savitt, on behalf of himself and all others similarly situated, Chad Roderick, Eugene Stricker, individually and on behalf of all others similarly situated, Steve Sexton, Individually and on behalf of all others similarly situated, Keith Wise, Individually and on behalf of all others similarly situated, Jonathan R. Simon, James Chang, individually and on behalf of all others similarly situated, Sameer Ansari, individually and on behalf of all others similarly situated, Darryl Lazar, individually and on behalf of all others similarly situated, Michael Lieber, individually and on

behalf of other members of the general public similarly situated, Thoma J. Ahrendtsen, Aaron M. Levine, Individually, and on behalf of all others similarly situated, Karen Cuker, individually and on behalf of all others similarly situated, Brian Gralnick, individually and on behalf of all others similarly situated, Jennifer Stokes, Individually and On Behalf of All Others Similarly Situated, Vernon R. DeMois, Jr., Individually and On Behalf of All Others Similarly Situated, Hal Hubuschman, Derivately on Behalf of Facebook, Inc.,, Edward Shierry, Individually and On Behalf of All Others Similary Situated, Janis Fleming, Robert Lowinger, Steve Griffis, Gaye Jones, Derivatively on Behalf of Facebook Inc., Holly McConnaughey, Derivatively on Behalf of Facebook Inc.,

   Plaintiffs,

v.

Marc L. Andreessen, Erskine B. Bowles, James W. Breyer, David A. Ebersman, Goldman, Sachs & Co., Donald E. Graham, Reed Hastings, J.P. Morgan Securiries LLC., Peter A. Thiel, Mark E. Zuckerberg, Morgan Stanley & Co. LLC, Sheryl K. Sandberg, Cipora Herman,

   Defendants - Appellees,

Facebook, Inc., a Delaware corporation,

   Defendant - Appellee - Cross - Appellant,

Barclays Capital Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co, Inc., David Spillane, Allen & Company LLC, BMO Capital Markets Corp., Blaylock Robert Van LLC, C.L. King &Associates, Inc., Cabrera Capital Markets, LLC, Castleoak Securities, L.P., CitiGroup Global Market, Inc., Cowen and Company, LLC, Credit Suisse Securites (USA) LLC, Deutsche Bank Securites, Inc., E Trade Securities LLC, ITAU BBA USA Securities, Inc., Lazard Capital Markets LLC, Lebenthal & Co., LLC, Loop Capital Markets LLC, M.R. Beal & Company, Macquarie Capital (USA) Inc., Muriel Siebert & Co., Inc., Oppenheimer & CO. Inc., Pacific Crest Securities LLC, Piper Jaffray & Co., RBC Capital Markets LLC, Raymond James & Associates, Inc., Samuel A. Ramirez

& Company, Inc., Stifel, Nicolaus & Company, Inc., The Williams Capital Group, L.P., Wells Fargo Securities, LLC, William Blair &Company L.L.C., Goldman Sachs & Co., Nasdaqomx Group, Inc., Lawrence Corneck, Individually and on behalf of all others similarly situated, Jill D. Simon, Citigroup Global Markets Inc., Merrill Lynch, Pierce Fenner & Smith Incorporated, Allen & Facebook (sic) LLC, William Blair & Facebook (sic) LLC, M.R. Beal & Facebook (sic), Cowen and Facebook (sic) LLC, Stifel Nicholas & Facebook (sic) Incorporated, Samuel A. Ramirez & Facebook (sic) Inc, Kevin Hicks, individually and on behalf of all others similarly situated, Linh Luu, individually and on behalf of all others similarly situated, Harvey Lapin, Individually and On Behalf of All Others Similarly Situated, King & Associates, Inc., David E. (sic) Ebersman, Nick E. Tran, The Nasdaq Stock Market L.L.C., a Foreign Limited Liability Company, Nasdaq Stock Market, Inc., NASDAQ OMX Group, Inc., Uma M. Swaminathan, Robert Greifeld, Anna M. Ewing, J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC,

        Defendants.

_____

        Counsel for Appellant Lidia Levy has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting August 11, 2014 as the brief filing date.

        It is HEREBY ORDERED that Appellant's brief must be filed on or before August 11, 2014. The appeal is dismissed effective August 11, 2014 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

        For The Court:

        Catherine O'Hagan Wolfe,
        Clerk of Court

